IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHARLES HERRON                                                                            PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:22-cv-00128-MPM-RP

"LINCOLN FINANCIAL GROUP d/b/a
THE LINCOLN LIFE INSURANCE
COMPANY DISABILITY AND LIFE CLAIMS"                        DEFENDANTS

**Stipulation of Dismissal with Prejudice**

Based on a full and final settlement reached by the parties, it is hereby stipulated and agreed that all claims in this case are hereby FULLY AND FINALLY DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This the 23rd day of August, 2022.

| | |
|---|---|
| /s/ Thomas U. Reynolds | /s William F. Ray |
| Thomas U. Reynolds (MSB No. 5307) | William F. Ray (MSB No. 4654) |
| Post Office Drawer 280 | Watkins & Eager PLLC |
| Charleston, Mississippi 38921 | 400 East Capitol Street |
| Telephone: (662) 647-3203 or (662) 647-3140 | Jackson, Mississippi 39201 |
| Facsimile: (662) 647-2811 | Post Office Box 650 |
| Email: reynoldsleanna@gmail.com | Jackson, Mississippi 39205 |
| *Attorney for Charles Herron* | Telephone: (601) 965-1900 |
| | Facsimile: (601) 965-1901 |
| | Email: wray@watkinseager.com |
| | *Attorney for Lincoln National Life Insurance Company* |